# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MATTHEW WHITFIELD** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 21-3970 |
| | : | |
| **TREMONT MORTGAGE TRUST,** *et al.* | : | |

## ORDER

**AND NOW**, this 12th day of October 2021, upon considering Plaintiff's Notice of Voluntary Dismissal (ECF Doc. No. 2), it is **ORDERED**:

1. This action is **DISMISSED WITH PREJUDICE** under Federal Rule of Civil Procedure 41(a)(1)(A)(i); and,

2. The Clerk of Court shall **close** this case.

                                                                                    _____
                                                                                    **KEARNEY, J.**